IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:97cr79-MHT |
| **MARIO TEREZ SHAVER** | ) | |

<u>ORDER</u>

It is ORDERED that the revocation petition (Doc. No. 43) is set for an evidentiary hearing on April 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 13th day of March, 2008.

                         <u>   /s/ Myron H. Thompson   </u>
                         **UNITED STATES DISTRICT JUDGE**